

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| MARCOS MARRUFO, ADRIANA | | No. 08-14-00164-CV |
| MARUFFO, DONNA J. KELLY, AND | § | |
| ROBERT E. HEDICKE, | | Appeal from the |
| | § | |
| Appellants, | | County Court at Law No. 5 |
| | § | |
| V. | | of El Paso County, Texas |
| | § | |
| BANK OF AMERICA, N.A. AND | § | (TC# 2011DCV05390) |
| JOHN TRIEN, | | |
| | § | |
| Appellees. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF SEPTEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)